UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

VICTOR SANCHEZ-FLORES  CIVIL ACTION NO. 14-0123-P

VERSUS  JUDGE S. MAURICE HICKS

WARDEN, ADAMS COUNTY  MAGISTRATE JUDGE HAYES
CORRECTIONAL CENTER

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. §2241 be **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 17th day of June, 2014.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE